MICHAEL B. IJAMS, SBN 84150
NATALIE A. HAYEN, SBN 252564
CURTIS LEGAL GROUP
A Professional Corporation
1300 K Street, Second Floor
Modesto, CA 95354
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
Attorneys for Defendants MTC Distributing
and Thomas Eakin

CHADWICK J. BRADBURY, SBN 188123
LAW OFFICES OF CHADWICK J. BRADBURY
41-945 Boardwalk, Suite A
Palm Desert, CA 92211
Phone: (760) 779-0076
Fax:   (760) 779-1806
Attorney for Plaintiff William D. Johns

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WILLIAM D. JOHNS, | Case No. 1:09-CV-02073-LJO-GSA |
| Plaintiff, | |
| v. | **STIPULATION FOR AN EXTENSION OF TIME TO SERVE RULE 26 INITIAL DISCLOSURES, AND ORDER THEREON** |
| MTC DISTRIBUTING, a California Corporation and THOMAS EAKIN, an individual | |
| Defendants. | |
| _____/ | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the parties agree to an extension of time to serve their initial Rule 26 disclosures until May 12, 2010.

Dated: April 28 , 2010          CURTIS LEGAL GROUP


                                By  /s/ Michael B. Ijams
                                    MICHAEL B. IJAMS
                                Attorney for Defendants MTC Distributing
                                and Thomas Eakin

1 | Dated: 4/28/2010               LAW OFFICES OF CHADWICK J. BRADBURY

2

3                                  By  /s/ Chadwick J. Bradbury
                                       CHADWICK J. BRADBURY
4                                  Attorney for Plaintiff William D. Johns

5

6                                          **ORDER**

7
   IT IS SO ORDERED.
8
      **Dated:   April 30, 2010**                /s/ **Gary S. Austin**
9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2