**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| WILLIAM D. JOHNS, | Case No. 1:09-CV-02073-LJO-GSA |
| Plaintiff, | |
| v. | **ORDER EXTENDING DISCOVERY DEADLINES** |
| MTC DISTRIBUTING, a California Corporation and THOMAS EAKIN, an individual | |
| Defendants. | |
| _____/ | |

Pursuant to the stipulaton of the parties filed on January 6, 2011 the scheduling order issued on March 5, 2010 (Doc. 26) is modified as follows :

1) The expert disclosure deadline is February 11, 2011;

2) The non-expert discovery deadline is February 18, 2011; and

3) The supplemental expert discovery deadline is February 25, 2011.

The parties are advised that all other orders and deadlines in the scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **January 12, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE