| | |
|---|---|
| 1 | MICHAEL B. IJAMS (Bar No. 084150) |
| | **CURTIS LEGAL GROUP** |
| 2 | A Professional Law Corporation |
| | 1300 K Street, Second Floor (95354) |
| 3 | P.O. Box 3030 |
| | Modesto, CA 95353 |
| 4 | (209) 521-1800; (209) 572-3501 FAX |
| | mijams@curtislegalgroup.com |
| 5 | |
| 6 | Attorneys for Defendants MTC DISTRIBUTING, a California corporation, and THOMAS EAKIN, an individual |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| WILLIAM D. JOHNS, | | Case No. 1:09-CV-02073-LJO-GSA |
| | Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, AND ORDER THEREON** |
| v. | | |
| MTC DISTRIBUTING, INC., a California corporation, THOMAS EAKIN, an individual, | | |
| | Defendants. | |
| _____ / | | |

**STIPULATION**

All parties to this action hereby stipulate, by and through their attorneys of record, that the entire action, including both the operative complaint of William D. Johns and the counterclaim of MTC Distributing, be dismissed with prejudice, with each party to bear his or its own attorneys fees and costs.

LAW OFFICES OF CHADWICK J. BRADBURY

DATED: 3/23/2011    By /s/ Chadwick J. Bradbury
                    CHADWICK J. BRADBURY
                    Attorney for Plaintiff WILLIAM D. JOHNS

| | | |
|---|---|---|
| | CURTIS LEGAL GROUP | |
| | A Professional Law Corporation | |

DATED:   3/31/11           By   /s/ Michael B. Ijams
                                          MICHAEL B. IJAMS
                                          Attorneys for Defendants MTC DISTRIBUTING
                                          and THOMAS EAKIN

## ORDER

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 1, 2011**           /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE